# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Carl D. King                                          Docket No. 5:00-CR-29-1BO

## Petition for Action on Supervised Release

COMES NOW Billy W. Boggs, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carl D. King, who, upon an earlier plea of guilty to Bank Robbery, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 2, 2001, to the custody of the Bureau of Prisons for a term of 87 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court.

Carl D. King was released from custody on August 14, 2009, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has recently experienced significant stress in his life and has requested mental health treatment. The probation office supports this modification and believes that mental health treatment would be appropriate. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/ Billy W. Boggs, Jr. |
| Jeffrey L. Keller | Billy W. Boggs, Jr. |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: May 17, 2012 |

Carl D King
Docket No. 5:00-CR-29-1
Petition For Action
Page 2

## ORDER OF COURT

Considered and ordered this __19__ day of __May__, 2012, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge